SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0421 MAG |
| Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 9, 2007 TO SEPTEMBER 17, 2007 |
| LECK CHOUNLABOUT, and ) CHUNN PHONGSAVATH, and ) SARNON SAEPHAN, ) | |
| Defendant. ) | |

The parties appeared before the Honorable Nandor J. Vadas on July 9, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 9, 2007 to September 17, 2007, in light of the need for defense counsels to review recently produced discovery.  Failure to grant the requested continuance would unreasonably deny defense counsels reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsels to review discovery

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**

with the defendants.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 9, 2007, to September 17, 2007 outweigh the best interest of the public and the defendants in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 9, 2007 to September 17, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:    7/18/07                              /s/
                                               RANDALL DAVIS
                                               Counsel for Leck Chounlabout


DATED:    7/18/07                              /s/
                                               FRAN GREENLEAF
                                               Counsel for Sarnon Saephan


DATED:    7/18/07                              /s/
                                               LAWRENCE M. KILLORAN
                                               Counsel for Chunn Phongsavath


DATED:    7/17/07                              /s/
                                               WENDY THOMAS
                                               Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 7/25/07                                 _____
                                               THE HON. NANDOR J. VADAS
                                               United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**                    2