1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California  94102
      Telephone: (415) 436-6809
7     Facsimile: (415) 436-7234
      E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        ) Criminal No. CR 07-0421 MAG
                                      )
14 |         Plaintiff,                )
                                      )
15 |                                   ) **[PROPOSED] ORDER AND**
            v.                        ) **STIPULATION EXCLUDING TIME**
16 |                                   ) **FROM OCTOBER 15, 2007 TO**
   LECK CHOUNLABOUT, and              ) **NOVEMBER 19, 2007**
17 | CHUNN PHONGSAVATH, and           )
   SARNON SAEPHAN,                    )
18 |                                   )
            Defendant.                )
19 |                                   )
   _____)
20
         The parties appeared before the Honorable Nandor J. Vadas on October 15, 2007.
21
   With the agreement of counsel for all parties, the Court found and held as follows:
22
         1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
23
   3161(b), from October 15, 2007, to November 19, 2007, in light of the need of unavailability of
24
   defense counsel and continuity of counsel.  Failure to grant the requested continuance would
25
   unreasonably the defendants the presence of counsel and continuity of counsel.
26
         2.  Given these circumstances, the Court found that the ends of justice served by
27

28 **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0421 MAG**

excluding the period from October 15, 2007, to November 19, 2007, outweigh the best interest of the public and the defendants in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 15, 2007, to November 19, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 12/03/07                        /s/
                                     RANDALL DAVIS
                                     Counsel for Leck Chounlabout

DATED: 12/03/07                        /s/
                                     FRAN GREENLEAF
                                     Counsel for Sarnon Saephan

DATED: 12/03/17                        /s/
                                     LAWRENCE M. KILLORAN
                                     Counsel for Chunn Phongsavath

DATED: 11/19/07                        /s/
                                     WENDY THOMAS
                                     Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____
                                     THE HON. NANDOR J. VADAS
                                     United States Magistrate Judge