SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

　450 Golden Gate Avenue
　San Francisco, California  94102
　Telephone: (415) 436-6809
　Facsimile: (415) 436-7234
　E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0421 MAG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER AND** |
| | ) | **STIPULATION EXCLUDING TIME** |
| LECK CHOUNLABOUT, and | ) | **FROM NOVEMBER 19, 2007 TO** |
| CHUNN PHONGSAVATH, and | ) | **JANUARY 14, 2008** |
| SARNON SAEPHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

　　　　The parties appeared before the Honorable Nandor J. Vadas on November 19, 2007.

With the agreement of counsel for all parties, the Court found and held as follows:

　　　　1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(b), from November 19, 2007, to January 14, 2008, in light of the need for continuity of

counsel and effective preparation of counsel.  Failure to grant the requested continuance would

unreasonably the defendants the presence of counsel and continuity of counsel and would deny

government counsel time for effective preparation, taking into account the need to investigate

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0421 MAG**

1  and file a superseding information in the above-reference matter..

2      2.  Given these circumstances, the Court found that the ends of justice served by

3  excluding the period from November 19, 2007, to January 14, 2008, outweigh the best interest of

4  the public and the defendants in a speedy trial.  Id. § 3161(h)(8)(A).

5      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

6  from November 19, 2007, to January 14, 2008, be excluded from Speedy Trial Act calculations

7  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8

9          IT IS SO STIPULATED.

10  DATED: 12/03/07                              _____/s/_____
                                                RANDALL DAVIS
11                                              Counsel for Leck Chounlabout

12

13  DATED: 12/03/07                              _____/s/_____
                                                FRAN GREENLEAF
14                                              Counsel for Sarnon Saephan

15

16  DATED: 12/03/07                              _____/s/_____
                                                LAWRENCE M. KILLORAN
17                                              Counsel for Chunn Phongsavath

18

19  DATED: 12/03/07                              _____/s/_____
                                                WENDY THOMAS
20                                              Special Assistant U.S. Attorney

21

22          IT IS SO ORDERED.

23

24  DATED:_____                        _____
                                                THE HON. NANDOR J. VADAS
25                                              United States Magistrate Judge

26

27

28