SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

  450 Golden Gate Avenue
  San Francisco, California  94102
  Telephone: (415) 436-6809
  Facsimile: (415) 436-7234
  E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07-0421 MAG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 15, 2007 TO NOVEMBER 19, 2007 |
| LECK CHOUNLABOUT, and CHUNN PHONGSAVATH, and SARNON SAEPHAN, | |
| Defendant. | |

The parties appeared before the Honorable Nandor J. Vadas on October 15, 2007.

With the agreement of counsel for all parties, the Court found and held as follows:

1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 15, 2007, to November 19, 2007, in light of the need of unavailability of defense counsel and continuity of counsel.  Failure to grant the requested continuance would unreasonably the defendants the presence of counsel and continuity of counsel.

2.  Given these circumstances, the Court found that the ends of justice served by

[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG

excluding the period from October 15, 2007, to November 19, 2007, outweigh the best interest of the public and the defendants in a speedy trial.  Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 15, 2007, to November 19, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED: 12/03/07                                        /s/
                                            _____
                                            RANDALL DAVIS
                                            Counsel for Leck Chounlabout


DATED: 12/03/07                                        /s/
                                            _____
                                            FRAN GREENLEAF
                                            Counsel for Sarnon Saephan


DATED: 12/03/17                                        /s/
                                            _____
                                            LAWRENCE M. KILLORAN
                                            Counsel for Chunn Phongsavath


DATED: 11/19/07                                        /s/
                                            _____
                                            WENDY THOMAS
                                            Special Assistant U.S. Attorney


IT IS SO ORDERED.

DATED: 12/18/07
                                            _____
                                            THE HON. NANDOR J. VADAS
                                            United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**                    2