AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

43 C.F.R. § 8365.2-3(f) - Entering or Using a Closed Site

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**
▶ L. CHOUNLABOUT, C. PHONGSAVATH, S. SAEPHAN

**DISTRICT COURT NUMBER**
07-0421 MAG

**PENALTY:**
Maximum prison term of 1 year
Maximum fine of $100,000
Maximum supervised release term of 1 year
Mandatory special assessment of $25

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Land Management

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---
**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
08 JAN -4 AM 10:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07 0421 MAG |
| Plaintiff, | ) ) | VIOLATION: 43 C.F.R. § 8365.2-3(f) - Entering or Using a Closed Site |
| v. | ) ) | (Class A Misdemeanor) |
| LECK CHOUNLABOUT, and CHUNN PHONGSAVATH, and SARNON SAEPHAN, | ) ) ) ) | SAN FRANCISCO VENUE |
| Defendants. | ) ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about July 13, 2005, on federal lands in the Northern District of California, within the boundaries of an area administered by the Bureau of Land Management, the defendants,

LECK CHOUNLABOUT, and
CHUNN PHONGSAVATH, and
SARNON SAEPHAN,

did enter and use a portion of a site closed to public use, to wit: Bureau of Land Management

//

INFORMATION

land on Red Mountain that was closed to public use, in violation of Title 43, Code of Federal Regulations, Section 8365.2-3(f), a Class A misdemeanor.

DATED: 12/34/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney