03/26/2008 05:47 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

Case No. DCAN307CR000421

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | US V CHOUNLABOUT ET AL | | | | | | | |
| 001 | LECK CHOUNABOUT | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CQ 0846110027 | 1 | PR | 25.00 | 03/06/2008 |
| 002 | CHUNN PHONGSAVATH | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CQ 0846110021 | 1 | PR | 25.00 | 03/19/2008 |
| 003 | SARNON SAEPHAN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CQ 0846110216 | 1 | PR | 25.00 | 03/06/2008 |
| | | | | | | Division Payment Total | | | 75.00 | |
| | | | | | | Grand Total | | | 75.00 | |

$75.00 SPECIAL ASSESSMENT PAID IN FULL on 3-6-08

CR 07-421 MAG

FILED
APR 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1